IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE E. RAY** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL NO.: 1:13cv23-HSO-RHW** |
| | § | |
| **HUNTINGTON INGALLS** | § | **DEFENDANTS** |
| **INDUSTRIES, INC. and** | § | |
| **HUNTINGTON INGALLS** | § | |
| **INCORPORATED** | § | |

## FINAL JUDGMENT

This matter came on to be heard on Defendant Huntington Ingalls Industries, Inc.'s Motion for Summary Judgment [49].  The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response [57], Defendant's Rebuttal [63], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Judgment is rendered in favor of Defendant pursuant to Federal Rule Civil Procedure 56.  This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 14th day of July, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE